IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00189-CV

 

Myrna Krohn and Alan Krohn,

                                                                      Appellants

 v.

 

Marcus Cable Associates, L.P. 

and Charter Communications, Inc.,

                                                                      Appellees

 

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 56945

 



ORDER OF RECUSAL










 

Background

          This case was scheduled for submission
on December 7, 2005.  The original panel consisted of Justices Vance and Reyna
and me.  After the case was discussed at pre-submission conference, Justice
Vance recused himself, citing generally Texas Rule of Civil Procedure 18b(2).

 

 

Conclusion

          I hereby order myself recused from
further participation in this case pursuant to Texas Rule of Appellate
Procedure 16.2, which incorporates by reference Texas Rule of Civil Procedure
18b.  See Tex. R. Civ. P.
18b(2)(a).

          Signed February 7, 2006.

 

 

                                                                   TOM
GRAY

                                                                   Chief
Justice